P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
DARWIN M. RYGG III, ESQ.
Nevada Bar No. 9173
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: maury@kerrsimpsonlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE;<br><br>Plaintiffs,<br><br>v.<br><br>AMANDA CUSTER, an individual D/B/A FOREX FOR WOMEN or FX FOR WOMEN; COLE CUSTER, an individual; JENN EUSTERWIEMANN, an individual; JOSHUA EUSTERWIEMANN, an individual; JEMMA WILSON, an individual; CHRISTIAN OERTEL, an individual; DOE 1-100 individuals; and ROE 1-10 entities.<br><br>Defendants. | Case No.: 2:23-cv-02151-JAD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |

IT IS HEREBY STIPULATED between Plaintiffs INTERNATIONAL MARKETS LIVE, INC., by and through counsel, KERR SIMPSON ATTORNEYS AT LAW, and Defendants AMANDA CUSTER, COLE CUSTER, JENNIFER EUSTERWIEMANN, JOSHUA EUSTERWIEMANN, JEMMA WILSON, AND CHRISTIAN OERTEL (collectively, the "Defendants"), by and through their attorney of record, MCDONALD CARANO LLP, the discovery deadlines in this matter shall be extended as follows:

**1.    DISCOVERY COMPLETED TO DATE.**

The parties filed their Stipulated Discovery Plan and Proposed Scheduling Order on February 23, 2024;

Plaintiffs served their First Set of Interrogatories to Amanda Custer;

Plaintiffs served their First Set of Requests for Production of Documents to Amanda Custer;

Defendants served their First Set of Interrogatories to Plaintiff;

Defendants served their First Set of Requests for Production of Documents to Plaintiff;

Defendants served their Responses to First Set of Interrogatories to Amanda Custer;

Defendants served their Responses to First Set of Requests for Production of Documents to Amanda Custer;

Plaintiff noticed the Defendants' Depositions;

Defendants noticed the Deposition of the Plaintiff's Person Most Knowledgeable.

**2.      DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties anticipate that the following discovery remains to be completed:

    1.    Depositions of Defendants and the Plaintiff's Person Most Knowledgeable;

**3.      REASON WHY DISCOVERY REMAINING NOT COMPLETED WITHIN THE TIME SET BY THE DISCOVERY ORDER**

The deponents were not available on the dates designated to appear. Therefore, the parties agreed to stipulate to extend discovery for the purposes of taking the depositions.

**4.     PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| Deadline | Current Date | Extended Date |
|---|---|---|
| Close of Discovery | July 15, 2024 | August 30, 2024 |
| Dispositive Motions | August 14, 2024 | September 27, 2024 |
| Pre-Trial Order (inclusive of Pre-Trial Disclosures) | September 13, 2024 | October 31, 2024 |

Dated this 10th day of July, 2024

KERR SIMPSON ATTORNEYS AT LAW


 /s/ George E. Robinson
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
DARWIN M. RYGG III ESQ.
Nevada Bar No. 9173
2900 W Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff*

Dated this 10th day of July, 2024

MCDONALD CARANO LLP


 /s/ Karyna M. Armstrong
RYAN J. WORKS, ESQ
Nevada Bar No. 9224
KARYNA M. ARMSTRONG
Nevada Bar No. 16044
2300 W Sahara Ave, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Defendants*

## ORDER

Based upon the forgoing stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the discovery deadlines and schedule be extended as follows:

| | |
|---|---|
| Close of Discovery | August 30, 2024 |
| Dispositive Motions | September 27, 2024 |
| Pre-Trial Order (inclusive of Pre-Trial Disclosures) | October 31, 2024 |

[ ] No new scheduling order will issue. [ X ] New scheduling order will be issued.

Dated this __11__ day of July, 2024

_____
U.S. MAGISTRATE JUDGE

Submitted by:

KERR SIMPSON ATTORNEYS AT LAW

 /s/ George E. Robinson
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
DARWIN M. RYGG III ESQ.
Nevada Bar No. 9173
2900 W Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff*