Ryan J. Works (NSBN 9224)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA CUSTER, an individual D/B/A FOREX FOR WOMEN or FX FOR WOMEN; COLE CUSTER, an individual; JENN EUSTERWIEMANN, an individual; JOSHUA EUSTERWIEMANN, an individual; JEMMA WILSON, an individual; CHRISTIAN OERTEL, an individual; DOE 1-100 individuals; and ROE 1-10 entities.,<br><br>Defendants. | Case No. 2:23-cv-02151-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>ECF No. 27 |

Defendants Amanda Custer d/b/a Forex for Women or FX for Women, Cole Custer, Jennifer Eusterwiemann (improperly named as Jenn Eusterwiemann), Joshua Eusterwiemann, Jemma Wilson, and Christian Oertel (collectively, the "Defendants") and Plaintiff International Markets Live, Inc. ("IML"), by and through their counsel of record, jointly stipulate under FRCP 41(a) to dismiss the case with prejudice.

///

///

///

4874-5071-6890.1

**THE PARTIES HEREBY STIPULATE AND AGREE** that under FRCP 41(a), the Court shall dismiss IML's Complaint against the Defendants with prejudice;

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its/his/her own attorney fees and costs.

**IT IS SO STIPULATED**.

Dated: 10/8, 2024

KERR SIMPSON ATTORNEYS AT LAW

By: _____
P. Sterling Kerr, Esq.
Darwin M. Rygg III, Esq.
2900 West Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
sterling@kerrsimpsonlaw.com
maury@kerrsimpsonlaw.com

*Attorneys for Plaintiff*

Dated: October 8, 2024

MCDONALD CARANO, LLP

By: /s/ Karyna Armstrong
Ryan J. Works, Esq.
Karyna Armstrong, Esq.
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
rworks@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendants*

### ORDER

Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 9, 2024